NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE WILLIAMS,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-633
                                        )
JULIE JONES, SECRETARY,                 )
DEPARTMENT OF CORRECTIONS,              )
                                        )
            Appellee.                   )
                                        )

Opinion filed March 7, 2018.

Appeal from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Willie L. Williams, pro se.

Gayla Grant and Barbara Debelius,
Assistant General Counsels,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.